IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 02-40701
_____


CASANDRA AARON; ADA WILLIAMS; ALBERTA WASHINGTON; ALBERTA J.
TRAMMEL; ALICE MARTIN MORGAN; ET AL.;

Plaintiffs-Appellants,

v.

INTERTEK TESTING SERVICES ENVIRONMENTAL LABORATORIES, INC.;
MARTIN DALE JEFFUS; JAMES NEIL MAYHEW; MICHAEL LYNN LUDWICK;
GESHENG DAI; MELISSA K. DUNCAN; MICHELLE GEORGINA DELGADO-BROWN;
DALE THOMAS MCQUEEN; SHEILA ANN PETTY; RODNEY L. ROLAND; WILLIAM
S. WINGERT; CHUKWUJCKWUN ANOZIE; VICTOR DEANTHONY LITTLES;
VALERIE HONG TRUONG,


Defendants-Appellees.
_____

Appeal from the United States District Court
for the Eastern District of Texas
2-01-CV-80-DF
_____
March 17, 2003

Before KING, Chief Judge, DAVIS, Circuit Judge, and VANCE[*],
District Judge.

PER CURIAM:[**]

    After reviewing the record and considering the briefs of the

parties and the argument of counsel, we are satisfied that the

_____

    [*]   District Judge of the Eastern District of Louisiana,
sitting by designation.

    [**]   Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

district court correctly denied plaintiff's motion to remand and granted defendants' motion to dismiss the suit.  Essentially for reasons stated by the district court in it's December 18, 2001 Order, the judgment of the district court is affirmed.

AFFIRMED.